UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Ronald Richard Radke,

Petitioner,

vs.

ORDER

Connie Roerich,
Commissioner of Corrections,

Respondent.

Civ. No. 02-858 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 29th day of November, 2002.

Petitioner has filed a Petition for writ of habeas corpus and Respondent has filed an Answer opposing the Petition. Respondent's Answer is supported by a Memorandum, which includes an appendix consisting of materials from the state appellate court proceedings. Respondent concedes that Petitioner exhausted his state remedies for the issues raised in his Petition in this case. Petitioner challenges the constitutionality of his conviction based on the jury instructions and the sufficiency of the evidence. However, Respondent has not provided a copy of the trial record in Petitioner's case. Review of the trial transcript, including jury instructions, is necessary in this case.

Respondent will be required to file a Supplemental Return. The new Return should include a copy of the complete trial court record from Petitioner's state criminal case.

Accordingly, **IT IS HEREBY ORDERED** that:

On or before December 18, 2002, Respondent shall file a

9

Supplemental Return to Petitioner's petition for writ of habeas corpus, which shall include a copy of the complete trial court record from Petitioner's state criminal case. Thereafter the parties shall await the further order of this Court.

Raymond L. Erickson
United States Magistrate Judge