AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Ronald Richard Radke

V.

Connie Roerich

## JUDGMENT IN A CIVIL CASE

Case Number: 02-858 ADM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Petitioner's petition for writ of habeas corpus is denied. That this case be dismissed with prejudice.

February 19, 2003
Date

RICHARD D. SLETTEN, CLERK

Victoria Moralez
(By) Victoria Moralez, Deputy Clerk